NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RECKITT BENCKISER LLC,**
*Plaintiff-Appellant*

**v.**

**AMNEAL PHARMACEUTICALS LLC, DR. REDDYS LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD.,**
*Defendants-Appellees*

———————————

2017-2595

———————————

Appeal from the United States District Court for the District of New Jersey in Nos. 1:15-cv-02155-RMB-JS, 1:15-cv-04524-RMB-JS, Judge Renee Marie Bumb.

———————————

## JUDGMENT

———————————

JOHN D. CARLIN, Fitzpatrick, Cella, Harper & Scinto, New York, NY, argued for plaintiff-appellant. Also represented by DOMINICK A. CONDE.

RONALD MARC DAIGNAULT, Goldberg Segalla LLP, New York, NY, argued for defendant-appellee Amneal Pharmaceuticals LLC. Also represented by RICHARD JUANG, St. Louis, MO; KAREN ZELLE MORRIS, Polsinelli

PC, St. Louis, MO.

CONSTANCE SUE HUTTNER, Budd Larner, P.C., Short Hills, NJ, argued for defendants-appellees Dr. Reddys Laboratories, Inc., Dr. Reddy's Laboratories, Ltd.  Also represented by STUART D. SENDER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 10, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court